UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Jorge Barboza

          Plaintiff,

v.                  Case No.: 1:17–cv–00851
                 Honorable Andrea R. Wood

Chessie's Ice House, Inc., et al.

          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 9, 2017:

  MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Only counsel for Plaintiff appeared. Pursuant to the discussion held in open court, unopposed motion for court approval of settlement agreement [18] is granted. After having reviewed the terms and conditions hereof, the Court accepts and approves the settlement reached between the parties as a fair and reasonable settlement of a bona fide dispute. Accordingly, this case is dismissed with prejudice. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.